Official Form B 3A **Application for Individuals to Pay the Filing Fee in Installments**
**Fill in this information to identify your case:**

# Application for Individuals to Pay the Filing Fee in Installments 06/14

✠☐

Debtor 1 __John Buckner_____

United States Bankruptcy Court for the Northern District of Illinois

Case No.  14-B-37813

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

First Name  Middle Name  Last Name
Debtor 2 _____

**Part 1:**

**1. Which chapter of the Bankruptcy Code are you choosing to file under?**

**Specify Your Proposed Payment Timetable**

- ☐ Chapter 7................ *Fee*: **$335**
- ☐ Chapter 11............... *Fee*: **$1,717**
- ☐ Chapter 12............... *Fee*: **$275**
- ✠ Chapter 13............... *Fee*: **$310**

**You propose to pay…**

**2. You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.**

You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

| Amount | | Date |
|---|---|---|
| $_____78.00___ | ☐ With the filing of the petition<br>☒ On or before this date........ | __11/03/2014___<br>MM / DD / YYYY |
| $____78.00____ | On or before this date.......... | ___12/03/2014__<br>MM / DD / YYYY |
| $____78.00____ | On or before this date.......... | ___01/03/2015__<br>MM / DD / YYYY |
| $____76.00____ | On or before this date.......... | ___02/03/2014__<br>MM / DD / YYYY |
| **Total** | $_310.00_____ | ◄ Your total must equal the entire fee for you checked in line 1. |

**Part 2:**                                                                                           **Sign Below**

**By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you underst**

■ You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or services in connection with your bankruptcy case.

■ You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be until your entire fee is paid.

■ If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affe

✗ _/S/ John Buckner _____          X__/S/ Michael J. Greco_____
Signature of Debtor 1                                                   Your attorney's name and signature, if you used one

Date __10/19/2014_____                                        Date _10/19/2014_____
    MM / DD / YYYY                                                              MM / DD / YYYY